UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK ALEO, | No. 2:13-cv-1673-KJN P |
| Plaintiff, | |
| v. | |
| CHRISTOPHER SMITH, et al., | ORDER |
| Defendants. | |

Plaintiff is a state prisoner, proceeding pro se, in this fee-paid civil rights action filed pursuant to 42 U.S.C. § 1983. On August 27, 2013, this court directed the Clerk of Court to issue and send plaintiff the appropriate summons and other documents required to serve process on defendants, and directed plaintiff to complete service of process within 60 days, in accordance with Rule 4, Federal Rules of Civil Procedure. Plaintiff was cautioned that failure to serve process within 120 days after the filing of his complaint (August 14, 2013) could result in the dismissal of this action. Fed. R. Civ. P. 4(m).

On October 21, 2013, plaintiff requested entry of default against the defendants (which the Clerk of Court properly declined), and filed a motion to compel defendants' responses to the complaint. Plaintiff states that he "served the listed defendants by first class mail." (ECF No. 11 at 1.)

////

1

However, Rule 4 requires that a defendant be personally served if he or she does not waive service of process within 30 days after a request for waiver has been sent. See Fed. R. Civ. P. 4(e). It appears that no defendant herein has waived service of process. Therefore, plaintiff must now ensure that each defendant is personally served.

Alternatively, should plaintiff believe he is eligible to proceed in forma pauperis, he may submit the appropriate application within fourteen (14) days after service of this order. If the application is approved, the court will direct the United States Marshal to serve process on defendants.

Therefore, IT IS HEREBY ORDERED that:

1. Plaintiff's motion to compel (ECF No. 11), is denied.

2. Plaintiff shall proceed to serve process on defendants according to the personal service requirements set forth in Rule 4, Federal Rules of Civil Procedure.

3. Alternatively, within 14 days after service of this order, plaintiff may submit an application to proceed in forma pauperis in this action.

4. The Clerk of Court is directed to send plaintiff the form used in this district for a prisoner to request approval to proceed in forma pauperis.

SO ORDERED.

Dated: November 1, 2013

/aleo1673.fee.pers.srvc

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

2