UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK ALEO, | No.  2:13-cv-01673-KJN P |
| Plaintiff, | |
| v. | |
| CHRISTOPHER SMITH, et al., | ORDER |
| Defendants. | |

     Plaintiff is a state prisoner, proceeding without counsel, in this civil rights action.  Plaintiff paid the filing fee.  By order filed November 1, 2013, plaintiff was informed that the Federal Rules of Civil Procedure require that defendants be personally served process in this action and, therefore, that plaintiff's attempted service of process by mail was inadequate.  Plaintiff was instructed that he must comply with the personal service of process requirements of Rule 4, Federal Rules of Civil Procedure, or that he could, alternatively, apply for in forma pauperis status and request that service of process be completed by the United States Marshal.  (ECF No. 12.)

     Plaintiff now requests that he be permitted to have a third party serve process on defendants, or that the Marshal be directed to serve process.  (ECF No. 13.)  The request does not include a completed in forma pauperis application.  If plaintiff wishes to have the Marshal serve process, he must submit a completed in forma pauperis application, and the application must be

approved.  If plaintiff wishes to have a third party serve defendants, such service must be in person; third-party mailing will not suffice.  Plaintiff will be accorded additional time within which to make this decision and, if appropriate, to submit his completed in forma pauperis application (which will require formal certification of the amount in plaintiff's prison trust account for the preceding six months).  Plaintiff's motion requesting the court's general authorization for service will therefore be denied without prejudice.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for the court's authorization (ECF No. 13), is denied without prejudice.

2. Plaintiff shall proceed to serve process on defendants, by a third party, according to the personal service requirements set forth in Rule 4, Federal Rules of Civil Procedure.

3. Alternatively, within 14 days after service of this order, plaintiff may submit an application to proceed in forma pauperis in this action, and to request that service of process be completed by the United States Marshal.

4. The Clerk of Court is directed to send plaintiff the form used in this district for a prisoner to request approval to proceed in forma pauperis.

5. The Clerk of Court is also directed to send plaintiff a copy of this court's order filed November 1, 2013 (ECF No. 12).

SO ORDERED.

Dated:  November 15, 2013

/aleo1673.srvc.expln..srvc

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

2