UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK ALEO, | No. 2:13-cv-01673-KJN P |
| Plaintiff, | |
| v. | |
| CHRISTOPHER SMITH, et al., | ORDER |
| Defendants. | |

Plaintiff, a state prisoner proceeding without counsel, paid the filing fee when he commenced this civil rights action. Plaintiff has now filed an application to proceed in forma pauperis. Review of the application demonstrates that plaintiff meets the requirements set forth in 28 U.S.C. § 1915(a). Accordingly, the request to proceed in forma pauperis will be granted.

When a prisoner's application to proceed in forma pauperis is granted, he or she is nevertheless required to pay the statutory filing fee of $350.00. See 28 U.S.C. §§ 1914(a), 1915(b)(1). In most cases, the filing fee is assessed and paid over a period of time, subject to the average monthly balance in the prisoner's institutional trust account. See generally 28 U.S.C. § 1915(b). In the instant case, plaintiff has already paid the filing fee, and review of his trust account statement indicates that the court's retention of the fee will not have an adverse impact on plaintiff. Therefore, the court will retain plaintiff's $350.00 filing fee, and return to him only the $50 administrative fee, which he also paid, as required in civil actions commenced by persons

1

who are not proceeding in forma pauperis. See 28 U.S.C. § 1914, "District Court Miscellaneous Fee Schedule," Item No. 14 ("Administrative fee for filing a civil action, suit, or proceeding in a district court, $50. This fee does not apply to persons granted in forma pauperis status under 28 U.S.C. § 1915.")

Finally, because plaintiff is now proceeding in forma pauperis in this action, the court will grant his request that the United States Marshal serve process on defendants Smith, Heatley, Fong, Barnett and Zamora. (See ECF No. 5.) Although plaintiff has attempted to provide the requisite documents to complete service of process (see ECF No. 19), these documents are incomplete. Instructions for submitting the appropriate documents are provided below.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's request to proceed in forma pauperis (ECF No. 20), is granted.

2. The Clerk of Court is directed to send plaintiff a check for $50.00, representing the return of the administrative fee.

3. Plaintiff's request for the United States Marshal to serve process on defendants (ECF No. 19), is granted.

4. The Clerk of the Court shall send plaintiff five (5) USM-285 forms, one summons, an instruction sheet and a copy of the endorsed complaint filed August 14, 2013 (ECF No. 1).

5. Within thirty (30) days from the filing date of this order, plaintiff shall complete the attached Notice of Submission of Documents and submit the following documents to the court:

    a. The completed Notice of Submission of Documents;

    b. One completed summons;

    c. One completed USM-285 form for each of the five defendants; and

    d. Six (6) copies of the endorsed complaint filed August 14, 2013.

////
////
////
////
////

6. Plaintiff need not attempt service on defendants and need not request waiver of service. Upon receipt of the above-described documents, the court will direct the United States Marshal to serve the defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

Dated: April 14, 2014

aleo1673.grant.ifp

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK ALEO,<br><br>            Plaintiff,<br><br>    v.<br><br>CHRISTOPHER SMITH, et al.,<br><br>            Defendants. | No.  2:13-cv-01673-KJN P<br><br>ORDER |

    Plaintiff submits the following documents in compliance with the court's order filed

_____:

        \_\_\_\_        completed summons form

        \_\_\_\_        completed USM-285 forms

        \_\_\_\_        copies of the complaint

_____        _____
Date                                                                         Plaintiff

4